**TEARMAN SPENCER**
City Attorney

**ODALO J. OHIKU**
**ROBIN A. PEDERSON**
**S. TODD FARRIS**
**JENNIFER L. WILLIAMS**
Deputy City Attorneys



**HEIDI WICK SPOERL**
**KATHRYN Z. BLOCK**
**THOMAS D. MILLER**
**PETER J. BLOCK**
**PATRICK J. MCCLAIN**
**HANNAH R. JAHN**
**JULIE P. WILSON**
**MEIGHAN M. ANGER**
**ALEXANDER R. CARSON**
**ALEXANDER T. MUELLER**
**ALEXANDER D. COSSI**
**LISA A. GILMORE**
**TAVISS K. SMITH**
**KATHERINE A. HEADLEY**
**L. ANTHONY JACKSON**
**STACY J. MILLER**
**MICHAEL C. RADAVICH**
**JORDAN M. SCHETTLE**
**THERESA A. MONTAG**
**ALEXANDER E. FOUNDOS**
**JAMES D. LEWIS**
**TRAVIS J. GRESHAM**
**KYLE W. BAILEY**
**JOSEPH M. DOBBS**
**WILLIAM K. HOTCHKISS**
**CLINT B. MUCHE**
Assistant City Attorneys

Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

July 6, 2023

Clerk of Courts
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave.
Milwaukee, WI 53202

RE:     *Caitlin G. Hagness v. City of Milwaukee, City of Milwaukee Police Department, Desaray Larson, and John Doe Officer of the City of Milwaukee Police Department*
Case No. 23-CV-00891

Dear Clerk:

Enclosed please find copies of our Notice of Appearance, along with Defendants' Civil Cover Sheet, and Notice of Removal. These documents have been e-filed with the federal court on July 5, 2023. Thank you for your attention to the above.

Very truly yours,

*s/William Hotchkiss*

WILLIAM HOTCHKISS
Assistant City Attorney

WH/mcl
Enclosures

c:     Hon. Gwendolyn G. Connolly (w/enc., via electronic filing and US Mail)
       Attorney Jason S. Richard (w/enc., via electronic filing and US Mail)

1032-2023-963:285935