# J. Richard Law Offices, LLC
JASON@JRICHARDLAW.COM · 414-232-1792 / FAX: 414-755-7660
EMPIRE BUILDING · 710 NORTH PLANKINTON AVENUE, SUITE 804 · MILWAUKEE, WI 53203

**PLEASE NOTE NEW ADDRESS**

December 5, 2023

US District Court Eastern District of Wisconsin
**Attn: Magistrate Judge William E. Duffin**

    Re:    *Hagness v. City of Milwaukee et al*
                2:23-cv-00891-JPS

Dear Judge Duffin:

Please be advised that the above referenced matter has now settled. Any upcoming dates can be removed from the Court's calendar. The Stipulation and Order for Dismissal will be forwarded to the Court in the near future. Thank you.

Very Truly Yours,
J. RICHARD LAW OFFICES, LLC

jason@jrichardlaw.com